No. 11–5532. ROMAN v. GRIFFIN, SUPERINTENDENT, SOUTHPORT CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 11–5533. MILLEN v. TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 11–5534. RIOS v. FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 11–5535. ERBY v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 11–5536. CARDENAS-PORRAS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–5537. DURAN v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 11–5538. JONES v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 11–5539. LAYNE v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 11–5540. JONES v. UNGER, SUPERINTENDENT, WYOMING CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 11–5541. HANKINS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–5542. MARQUEZ GALICE, AKA GARCIA v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 11–5543. HERAS-RUBIO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–5544. GREGG v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–5546. GREENWOOD v. MASSACHUSETTS. App. Ct. Mass. Certiorari denied.

No. 11–5547. ODEN v. KNOWLES, WARDEN. C. A. 9th Cir. Certiorari denied.